1 | Matthew K. Hawkins, # 131117         (SPACE BELOW FOR FILING STAMP ONLY)
Nicole A. Bolson, # 226733
2 | McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
3 | Centre Plaza Office Tower
1150 Ninth Street, Suite 1200
4 | Modesto, CA  95354
Telephone:  (209) 524-1100
5 | Facsimile:  (209) 524-1188

6 | Attorneys for Defendant
THE PERMANENTE MEDICAL GROUP, INC.
7 | (erroneously sued herein as Kaiser Permanente)

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 |

11 | Dina Robles,                  Case No.  2009-CV-2171

12 |        Plaintiff,            **STIPULATION REGARDING**
**EXTENSION OF TIME TO RESPOND TO**
13 | v.                           **COMPLAINT**

14 | Kaiser Permanente,

15 |        Defendant.

16 |

17 |       IT IS HEREBY STIPULATED by the parties hereto that defendant THE PERMANENTE

18 | MEDICAL GROUP, INC. is granted an extension of time in which to answer or otherwise

19 | respond to plaintiff DINA ROBLES' Complaint to and including October 1, 2009.  No prior

20 | requests for an extension of time have been made.

21 |

22 |

23 | Dated: August 25, 2009            McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

24 |

25 |                       By: :  __/s/ Matthew K. Hawkins__

26 |                         Matthew K. Hawkins
Nicole A. Bolson
27 |                Attorneys for Defendant
THE PERMANENTE MEDICAL
28 |            GROUP, INC. (erroneously sued herein as
Kaiser Permanente)

STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT 2009-CV-2171

PDF created with pdfFactory trial version www.pdffactory.com

1

2

Dated: August 25, 2009

3                                                    /s/ Randy J. Harvey

4                                                    Randy J. Harvey
                                                     Attorney for Plaintiff DINA ROBLES

5

6

7

8                                              **ORDER**

9

10        Based on the stipulation of all parties hereto and good cause appearing therefore:

11

12        IT IS HEREBY ORDERED defendant THE PERMANENTE MEDICAL GROUP, INC.

is granted an extension of time to and including October 1, 2009, in which to answer or otherwise

13

respond to plaintiff DINA ROBLES' Complaint on file herein.

14

15        IT IS SO ORDERED.

16   DATED: August 28, 2009

17

18                                             MORRISON C. ENGLAND, JR
                                               UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
Centre Plaza Office Tower
1150 Ninth Street, Suite 1200
2
STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT 2009-CV-2171

PDF created with pdfFactory trial version www.pdffactory.com