Matthew K. Hawkins, # 131117
Nicole A. Bolson, # 226733
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Centre Plaza Office Tower
1150 Ninth Street, Suite 1200
Modesto, CA  95354
Telephone:   (209) 524-1100
Facsimile:    (209) 524-1188

Attorneys for Defendant
THE PERMANENTE MEDICAL GROUP, INC.
(erroneously sued herein as Kaiser Permanente)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dina Robles, | Case No.  2:09-CV-02171-MCE-DAD |
| Plaintiff, | **STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |
| v. | |
| Kaiser Permanente, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by the parties hereto that defendant THE PERMANENTE MEDICAL GROUP, INC. is granted an extension of time in which to answer or otherwise respond to plaintiff DINA ROBLES' Second Amended Complaint to and including November 19, 2009.  One prior request for an extension was agreed upon for a response to the original Complaint, however parties have been working together to avoid the filing of dispositive motions.

Dated: October 12, 2009                    McCORMICK, BARSTOW, SHEPPARD,
                                            WAYTE & CARRUTH LLP


                                   By: :    /s/ Matthew K. Hawkins
                                            Matthew K. Hawkins
                                            Nicole A. Bolson
                                            Attorneys for Defendant
                                            THE PERMANENTE MEDICAL
                                            GROUP, INC. (erroneously sued herein as
                                            Kaiser Permanente)

85124/00023-1461523.v1

STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT 2009-CV-2171

PDF created with pdfFactory trial version www.pdffactory.com

Dated: October 12, 2009

      /s/ Randy J. Harvey
      Randy J. Harvey
      Attorney for Plaintiff DINA ROBLES

## ORDER

Based on the stipulation of all parties hereto and good cause appearing therefore:

IT IS HEREBY ORDERED defendant THE PERMANENTE MEDICAL GROUP, INC. is granted an extension of time to and including November 19, 2009, in which to answer or otherwise respond to plaintiff DINA ROBLES' Second Amended Complaint on file herein.

Dated:  October 19, 2009

October 19, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
CENTRE PLAZA OFFICE TOWER
1150 NINTH STREET, SUITE 1200

85124/00023-1461523.v1

2

STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT 2009-CV-2171

PDF created with pdfFactory trial version www.pdffactory.com