Michael S. Wilcox, SBN 215269
Randy J. Harvey, SBN 255808
HARVEY & WILCOX
821 24th Street
Sacramento, California 95816
Telephone: 650.218.0744
Facsimile: 916.570.2744
E-Mail: Michael@HarveyWilcox.com

Attorneys for Plaintiff
DINA ROBLES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINA ROBLES,<br><br>          Plaintiff,<br><br>     vs.<br><br>KAISER PERMANENTE, KATHY THOMAS, RONNIE COOK.<br><br>          Defendants. | Case No.: 2:09-CV-02171<br><br>**JOINT STATUS REPORT AND STIPULATED ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

The parties to the above-captioned matter jointly provide the following status report and, for good cause, jointly request and stipulate that the Pretrial Scheduling Order (Dkt. No. 20) be modified as requested herein.

**I.     STATUS REPORT**

**A.     Current Pretrial Scheduling Order and Modifications:**

The current Pretrial Scheduling Order set forth the following dates:

| | |
|---|---|
| Discovery Completion: | June 23, 2011 |
| Settlement Conference: | June 27, 2011 |
| Dispositive Motion Filing: | August 11, 2011 |
| Expert Disclosure: | August 23, 2011 |
| Final Pretrial Conference: | February 23, 2010 |
| Trial: | April 23, 2010 |

– 1 –

**JOINT STATUS REPORT AND STIPULATED ORDER**

1     On October 26, 2011, the Court, without request from the parties, vacated and
2 continued the dates of the final pretrial conference and trial to November 29, 2012 and
3 January 22, 2013, respectively.

4     **B.     Status of the Case:**

5     The parties have attempted to comply with the deadlines of the Pretrial Scheduling
6 Order, but despite good faith efforts by both sides, certain discovery related issues have
7 remained pending since the scheduled close of discovery.[1]  These issues are as follows:

8     (a)     Plaintiff wishes to depose Ms. Latoyia Lewis, plaintiff's former co-worker
9 who is believed to have knowledge of information relevant to plaintiff's claims.  After
10 numerous delays and rescheduling to accommodate Ms. Lewis' schedule, the deposition was
11 noticed to occur on October 28, 2011.  Ms. Lewis failed to appear.  Plaintiff intends to re-
12 notice this deposition and may ask the Court to require Ms. Lewis' appearance.

13     (b)     On October 28, 2011, Plaintiff deposed her former union representative,
14 Wayne Marshall, after a great deal of difficulty in locating Mr. Marshall for the service of a
15 subpoena and in scheduling the deposition.  During his deposition, Mr. Marshall agreed to
16 allow the review of two computer hard drives that may have documents directly relating to
17 plaintiff's claims.  Plaintiff wishes to continue this deposition upon the production of any
18 materials recovered from these drives.

19     (c)     Plaintiff began the deposition of defendant Kathy Thomas on June 1, 2011
20 and wishes to continue this deposition.  Counsel, however, have disagreed as to the
21 production of certain employment related records relating to Ms. Thomas.  Plaintiff wishes to
22 use these records to further depose Ms. Thomas.  Defendants' counsel has agreed to provide
23 a summary of the withheld materials to plaintiff's counsel for review no later than April 2,
24 2012.  The parties believe that it may be necessary that they request the Magistrate Judge's *in*
25 *camera* review of the materials to resolve this discovery issue.

---

[1] On May 27, 2011, because the June discovery deadline was looming, plaintiff's counsel noticed a motion to compel relating to these issues.  Plaintiff subsequently withdrew that motion based on defendants' counsel's representations and upon the belief that the issues could be informally resolved.  The parties still believe that these issues can be resolved with minimal involvement of the Court, but they require additional time to reach a resolution.

## II.   REQUEST FOR MODIFICATION OF PRETRIAL SCHEDULING ORDER

Based on the forgoing, and because the trial of this matter has been continued into 2013, the parties in the above-captioned matter stipulate to and request that the deadline for the completion of discovery be extended to **August 1, 2012**, so that the parties my resolve their few remaining discovery issues.

The parties also request that a second settlement conference before Judge Newman be scheduled in or about August 2012, or at another time convenient to the Court following the completion of all discovery.

RESPECTFULLY SUBMITTED.

DATED:  April 3, 2012

HARVEY & WILCOX

By   /s/ Michael S. Wilcox
       Michael S. Wilcox
       Randy J. Harvey

       Attorneys for Plaintiff
       DINA ROBLES

DATED:  April 3, 2012

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By   /s/ Matthew K. Hawkins
       Matthew K. Hawkins
       Loura Erickson

       Attorneys for Defendants
       THE PERMANENTE MEDICAL GROUP, INC. et al.

IT IS SO ORDERED.

Dated:  May 21, 2012

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

– 3 –

**JOINT STATUS REPORT AND STIPULATED ORDER**