Michael S. Wilcox, CSBN 215269
Laurel E. Dein, CSBN 260869
THE BURTON LAW FIRM
555 University Avenue, Suite 275
Sacramento, California 95825
Telephone: 916.570.2740
Facsimile: 916.570.2744
E-Mail: mwilcox@lawburton.com

Randy J. Harvey CSBN 255808
RANDY J. HARVEY LAW, PC
1200 Executive Parkway, Suite 320
Eugene, Oregon 97401
Telephone: 541.687.8700
Facsimile: 541.687.8701
E-Mail: randy@randyharveylaw.com

Attorneys for Plaintiff
DINA ROBLES

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DINA ROBLES,<br><br>              Plaintiff,<br><br>       vs.<br><br>KAISER PERMANENTE, KATHY THOMAS, RONNIE COOK,<br><br>              Defendants. | **Case No.: 2:09-CV-02171**<br><br>**STIPULATED ORDER FURTHER MODIFYING PRETRIAL SCHEDULING ORDER** |

In order to accommodate the vacation schedule of counsel, the parties to the above-captioned matter jointly request and stipulate that the Pretrial Scheduling Order (Dkt. Nos. 20 and 35) be further modified to continue the discovery cut-off from August 1, 2012 to August 20, 2012.

**I.     Current Schedule**

   Discovery Completion:       August 1, 2012

   Settlement Conference:      August 28, 2012

   Final Pretrial Conference:  November 29, 2012

   Trial:                      January 22, 2013

– 1 –
**STIPULATED ORDER FURTHER MODIFYING PRETRIAL SCHEDULING ORDER**

## II    Request to Further Modify Schedule

On May 21, 2012, this Court ordered the modification of the Pretrial Scheduling Order (Dkt. No. 35) to allow the parties' time to complete certain outstanding discovery matters, including the resolution of a discovery dispute pursuant to this Court's Local Rule 37-251.  In an attempt to comply with the current discovery cut-off of August 1, 2012, Plaintiff's counsel noticed a motion to compel to be heard by the Magistrate Judge on July 20, 2012.  Counsel for the Defendants, however, has asked that this hearing be continued to August 3, 2012, to accommodate a family vacation.  Plaintiff's counsel has no objection to such a scheduling change, other than the fact that such a change will take the hearing past the discovery cut-off.

Both counsel agree that a continuance of the discovery cut-off until August 20, 2012, will allow the discovery matter to be heard on August 3, 2012, will provide the Magistrate Judge with sufficient time thereafter to decide the matter, and will be sufficiently ahead of the August 28, 2012 settlement conference so as not to impact that proceeding.

/ / /

/ / /

/ / /

**STIPULATED ORDER FURTHER MODIFYING PRETRIAL SCHEDULING ORDER**

1  Based on the forgoing the parties in the above-captioned matter stipulate to and
2  request that the deadline for the completion of discovery be extended to **August 20, 2012**.

RESPECTFULLY SUBMITTED,

DATED: July 5, 2012

THE BURTON LAW FIRM


By /s/ Michael S. Wilcox
   Michael S. Wilcox
   Laurel E. Dein

Attorneys for Plaintiff
DINA ROBLES

DATED: July 5, 2012

MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP


By /s/ Matthew K. Hawkins
   Matthew K. Hawkins
   Loura Erickson

Attorneys for Defendants
THE PERMANENTE MEDICAL GROUP,
INC. et al.

IT IS SO ORDERED.

Dated: July 13, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**STIPULATED ORDER FURTHER MODIFYING PRETRIAL SCHEDULING ORDER**