IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DINA ROBLES,

      Plaintiff,                      No. 2:09-cv-02171-MCE-DAD

     v.

KAISER PERMANENTE, et al.,       <u>ORDER</u>

      Defendants.

_____/

      This matter came before the court on August 3, 2012, for hearing of plaintiff's motion to compel discovery responses. Michael Wilcox, Esq. appeared for plaintiff Dina Robles. Matthew Hawkins, Esq. appeared for defendants Kaiser Permanente Medical Group, Kathy Thomas and Ronnie Cook.

      Upon consideration of the parties' arguments on file and at the hearing, and for the reasons set forth in detail on the record, IT IS HEREBY ORDERED that:

      1. Plaintiff's motion to compel (Doc. No. 25) is granted in part;

      2. Plaintiff's discovery requests at issue shall be modified to reflect that they are limited to calling for the requested documents only for the time period from August 25, 2005 to August 25, 2009, and to documents implicating defendant Thomas' treatment of or interactions with other employees; and

1

       3. Defendant shall produce the responses to plaintiff by August 20, 2012, subject to an appropriate stipulated protective order.

DATED: August 3, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\robles2171.oah.080312