Michael S. Wilcox, CSBN 215269
Laurel E. Dein, CSBN 260869
THE BURTON LAW FIRM
555 University Avenue, Suite 275
Sacramento, California  95825
Telephone: 916.570.2740
Facsimile: 916.570.2744
E-Mail: mwilcox@lawburton.com

Randy J. Harvey CSBN 255808
RANDY J. HARVEY LAW, PC
1200 Executive Parkway, Suite 320
Eugene, Oregon 97401
Telephone: 541.687.8700
Facsimile: 541.687.8701
E-Mail: randy@randyharveylaw.com

Attorneys for Plaintiff
DINA ROBLES

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DINA ROBLES,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>KAISER PERMANENTE, KATHY THOMAS, RONNIE COOK.<br><br>　　　　　　　Defendants. | **Case No.: 2:09-CV-02171-MCE-DAD**<br><br>**STIPULATED ORDER CONTINUING DATE TO FILE DISPOSITIONAL DOCUMENTS** |

On August 28, 2012 in proceedings held before Magistrate Judge Kendall J. Newman the parties in the above-captioned matter reached a verbal settlement agreement and stated the terms thereof on the record.  The Court thereafter ordered that dispositional documents be submitted within thirty (30) days.  The parties have diligently attempted to comply with this deadline, however, they have been delayed because one of the parties has recently been injured in a car accident.

The parties jointly stipulate to and respectfully request that the deadline for the filing of dispositional documents be continued to **October 15, 2012**.

///

85124-00023 2267285.1                                – 1 –

**STIPULATED ORDER CONTINUING DATE TO FILE DISPOSITIONAL DOCUMENTS**

   RESPECTFULLY SUBMITTED.

DATED: September 27, 2012

              THE BURTON LAW FIRM


              By /s/ Michael S. Wilcox
                 Michael S. Wilcox
                 Laurel E. Dein

                 Attorneys for Plaintiff
                 DINA ROBLES

DATED: September 27, 2012

              MCCORMICK, BARSTOW, SHEPPARD,
              WAYTE & CARRUTH LLP


              By /s/ Matthew K. Hawkins
                 Matthew K. Hawkins
                 Loura Erickson

                 Attorneys for Defendants
                 THE PERMANENTE MEDICAL GROUP,
                 INC. et al.


**IT IS SO ORDERED.**

Dated: October 1, 2012

              _____
              MORRISON C. ENGLAND, JR
              UNITED STATES DISTRICT JUDGE