Michael S. Wilcox, CSBN 215269
Laurel E. Dein, CSBN 260869
THE BURTON LAW FIRM
555 University Avenue, Suite 275
Sacramento, California 95825
Telephone: 916.570.2740
Facsimile: 916.570.2744
E-Mail: mwilcox@lawburton.com

Randy J. Harvey CSBN 255808
RANDY J. HARVEY LAW, PC
1200 Executive Parkway, Suite 320
Eugene, Oregon 97401
Telephone: 541.687.8700
Facsimile: 541.687.8701
E-Mail: randy@randyharveylaw.com

Attorneys for Plaintiff
DINA ROBLES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINA ROBLES,<br><br>            Plaintiff,<br><br>vs.<br><br>KAISER PERMANENTE, KATHY THOMAS, RONNIE COOK.<br><br>            Defendants. | **Case No.: 2:09-CV-02171-MCE-DAD**<br><br>**STIPULATED DISMISSAL WITH PREJUDICE BY ALL PARTIES AND ORDER**<br><br>**[F.R.C.P. 41(a)(1)(A)(ii)]** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all the parties to the above-captioned matter hereby stipulate that the above-captioned case be dismissed, with prejudice. The parties shall bear their own respective costs and attorney's fees.

DATED: October 12, 2012

                                            THE BURTON LAW FIRM

                                            By  /s/ Michael S. Wilcox
                                                Michael S. Wilcox
                                                Laurel E. Dein

                                            Attorneys for Plaintiff
                                            DINA ROBLES

DATED: October 12, 2012

                              RANDY J. HARVEY LAW, PC

                              By  /s/ Randy J. Harvey

                                  Attorneys for Plaintiff
                                  DINA ROBLES

DATED: October 12, 2012

                              MCCORMICK, BARSTOW, SHEPPARD,
                              WAYTE & CARRUTH LLP

                              By  /s/ Matthew K. Hawkins
                                  Matthew K. Hawkins
                                  Loura Erickson

                                  Attorneys for Defendants
                                  THE PERMANENTE MEDICAL GROUP,
                                  INC. et al.

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that the above-captioned case is hereby dismissed, with prejudice.  The parties shall bear their own respective costs and attorney's fees.  The Clerk of the Court is directed to close the file.

Dated: October 19, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**STIPULATED DISMISSAL WITH PREJUDICE BY ALL PARTIES AND ORDER**